**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA

  v.               Criminal No.  20-CR-180 (PAM)

MARC BELL GONZALES

_____

UNITED STATES OF AMERICA

  v.               Criminal No.  20-CR-179 (ECT)

ALEXANDER STEVEN HEIL

_____

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

The undersigned attorney hereby notifies the Court and counsel that the above-

captioned cases are related for the following reasons:

- ■ Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.
- ■ Cases arising out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed.
- ■ Cases that arise out of the same investigation and have temporal proximity.

Dated: August 26, 2020     Respectfully submitted,

              ERICA H. MacDONALD
              United States Attorney

              */s/Andrew R. Winter*

              BY:  ANDREW R. WINTER
              Assistant United States Attorney
              Attorney ID No. 0232531