# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## SENTENCING HEARING

| UNITED STATES OF AMERICA, | COURT MINUTES |
|---|---|
| | BEFORE: Hon. Eric C. Tostrud |
| | United States District Judge |
| Plaintiff, | |
| | Case No.: 20-CR-180 (ECT) |
| v. | Date: June 2, 2021 |
| | Court Reporter: Tim Willette |
| MARC BELL GONZALES, | Courthouse: St. Paul |
| | Courtroom: 3B |
| | Time in Court: 9:08 a.m. – 9:42 a.m. |
| Defendant. | Total Time: 34 minutes |

**APPEARANCES:**

    For Plaintiff:    Andrew Winter, United States Attorney's Office

    For Defendant:    Kassius Benson, Kassius Benson Law, P.A.
                              ☐ FPD, ☐ CJA, ☒ Retained, ☐ Appointed

Interpreter/Language:    None / English

**IT IS ORDERED:**

Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 37 months | | 3 years | | |

☒ Special Conditions of:    *See J&C for special conditions.*

☒ Defendant sentenced to pay:
    ☒ Special assessment in the amount of $100.00

☒ ECF Nos. 25 and 34 shall be remained sealed until June 2, 2029.
☐ Defendant remanded to the custody of the U.S. Marshal.
☒ Defendant allowed to voluntarily surrender on June 29, 2021.  See J&C for voluntary surrender details.
☒ Defendant released pending voluntary surrender on the same terms and conditions as previously ordered.

s/ R. Morton
Courtroom Deputy